**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven J. Shin and Ellen J. Shin, ) | Case No.: CV 13–6354 DSF (MRWx) |
| Plaintiffs, ) | |
| vs. ) | JUDGMENT |
| US Bank, National Association, et al., ) | |
| Defendant. ) | |
| _____ ) | |

The Court having ordered that the case be dismissed against U.S. Bancorp by consent of Plaintiffs as evidenced by lack of opposition to a motion to dismiss, and Plaintiffs having previously dismissed U.S. Bank, National Association, IT IS ORDERED AND ADJUDGED that plaintiffs take nothing, that the action be dismissed without prejudice, and that U.S. Bancorp recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 1/22/14

_____
Dale S. Fischer
United States District Judge